AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

FREDRICK D. SCOTT,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: 3:10-cv-00754-LRH-VPC

GREG SMITH, et al.,

      Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Document No. 5) is DENIED.

  November 2, 2011                                  **LANCE S. WILSON**
                                                               Clerk

                                                          /s/ Katie Lynn Ogden
                                                            Deputy Clerk